**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Diedre LOCKE, Defendant–Appellant.**

**No. 04–2568.**

United States Court of Appeals, Seventh Circuit.

Dec. 22, 2005.

John K. Mehochko, Office of the United States Attorney, Rock Island, IL, for Plaintiff–Appellee.

George F. Taseff, Office of the Federal Public Defender, Peoria, IL, for Defendant–Appellant.

Before Hon. FRANK H. EASTERBROOK, Hon. MICHAEL S. KANNE, and Hon. ANN CLAIRE WILLIAMS, Circuit Judges.

### ORDER

On limited remand under *United States v. Paladino*, 401 F.3d 471 (7th Cir.2005), the district court responded that under an advisory guidelines regime it would not have imposed a different sentence. We invited the parties to file memoranda concerning the district court's response but only the government did so. Locke's sentence of twelve months and one day, which is at the bottom of the guideline range, is presumptively reasonable under *United States v. Mykytiuk*, 415 F.3d 606 (7th Cir. 2005), and by not responding she has failed to rebut that presumption. Our independent review does not suggest the sentence is unreasonable and, thus, we AFFIRM the judgement.